The relief described hereinbelow is SO ORDERED

Done this 25th day of April, 2016.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
|   GLORIA HARRIS | ) |
| | ) CASE NO. 16-30583-DHW-13 |
|       Debtor(s). | ) |

### AGREED ORDER TERMINATING STAY AND CODEBTOR STAY

     Now comes GUARDIAN CREDIT UNION , a secured creditor, and the Debtor(s), by their respective counsel, and having advised the Court that the Debtor(s) wish to surrender the collateral securing the claim of the creditor, that said creditor has a valid security interest in said collateral, that the Debtor(s) has no equity therein, and the Court being otherwise sufficiently advised,

     It is hereby ordered and adjudged as follows:

     (1) The stay afforded by 11 U.S.C. Section 362 is hereby lifted so as to permit said creditor to enforce its security interest in its collateral, to wit: 2011 KIA SEDONA. The claim of the creditor is reduced to the amount paid with leave to file a deficiency claim after sale of the collateral, if any. The stay of execution provided by Bankruptcy Rule 4001 is hereby waived by the debtor.

     (2) The Debtor's right of redemption under 11 U.S.C. Section 722 and Code of Alabama Section 7-9A-623 with respect to the above-described property is hereby barred and waived by the debtors.

(3)  The stay afforded by 11 U.S.C. Section 1301 is hereby lifted so as to permit said creditor to enforce its debt against co-debtor, NORA HARRIS, to the extent that such debt is not otherwise provided for in the plan.

This order was reviewed and agreed to by counsel for debtor and Trustee.

### END OF ORDER ###

This order submitted by:

/s/ Leonard N. Math
Leonard N. Math, Attorney for CREDITOR
CHAMBLESS MATH ❖CARR P.C.
P.O. Box 230759
Montgomery, Alabama 36123
334-272-2230
lmath@chambless-math.com